245 So.2d 569

**Irvin R. CHERNIS**

v.

**STATE.**

**6 Div. 364.**

Court of Appeals of Alabama [Transferred to 6 Div. 4. Court of Criminal Appeals of Alabama].

Jan. 7, 1969.

Rehearing Denied by Court of Appeals Jan. 28, 1969.

Fred Blanton and Morel Montgomery, Birmingham, for appellant.

MacDonald Gallion, Atty. Gen., and Marlin Mooneyham, Asst. Atty. Gen., for the State.

**534**

CATES, Judge.

Appellant was indicted as a molester of a child under sixteen years of age against the form of Act No. 397, September 9, 1955. After entering a plea of not guilty, he was tried, convicted, and sentenced to a term of five years in the State penitentiary.

Appellant argues that the trial court erred in overruling his demurrers to the indictment.

■ This offense occurred in December, 1966, before Act No. 388, September 6, 1967, became effective. This new enactment begins with, "It shall be unlawful for * * *." An indictment no longer requires the phrase, "contra formam statuti." Code 1940, T. 15, § 232.

■ This statute as originally passed is expressly directed against "immoral, improper, or indecent liberties" with children under sixteeen with intent of arousal, etc.[1]

Hence, to require the adverb, "unlawfully," to characterize the act charged would be a superfluity. See Blocker v. State, 40 Ala.App. 658, 120 So.2d 924.

There was no merit in the demurrers. Accordingly, after review under Code 1940, T. 15, § 389, we consider the judgment below is due to be

Affirmed.

---

1. The statute as now amended has expressed at least two exceptions which probably were already excluded by the words "immoral, etc."